UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHIDA FAIRLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>BLUE APRON, LLC, et al.,<br><br>        Defendants. | Case No. 18-cv-07000-VC<br><br>**ORDER TO SHOW CAUSE** |

The parties are ordered to show cause why this case should not be remanded for lack of subject matter jurisdiction. First, the defendant has not established that there is minimal diversity of citizenship, because it has not properly alleged the citizenship of Blue Apron LLC in the notice of removal. *See Johnson v. Columbia Properties Anchorage*, 437 F.3d 894, 899 (9th Cir. 2006). The defendant correctly states the citizenship of Blue Apron Inc., but also explains that this entity no longer exists. *See* Dkt. No. 1 at 6. Second, if Blue Apron LLC is a California citizen, the local controversy exception to CAFA jurisdiction may apply, even if there is minimal diversity. 28 U.S.C. § 1332(d)(4)(A).

The defendant is ordered to submit a brief responding to these concerns within 7 days of this order. The plaintiff must file a response within 14 days of this order. Each brief must be no longer than eight pages.

        **IT IS SO ORDERED.**

Dated: February 19, 2019

VINCE CHHABRIA
United States District Judge